**Dismiss and Opinion Filed December 1, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00944-CV**

**ZANETA HANS, Appellant**
**V.**
**KEVIN STRANGE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-05228-D**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Breedlove
Opinion by Justice Breedlove

On October 30, 2023, we sent a letter to the parties questioning our jurisdiction because it appears the appeal is moot. We directed appellant to file a letter brief addressing our jurisdiction by November 9, 2023. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ZANETA HANS, Appellant

No. 05-23-00944-CV       V.

KEVIN STRANGE, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas Trial Court Cause No. CC-23-05228-D.

Opinion delivered by Justice Breedlove. Justices Carlyle and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 1st day of December, 2023.